UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUAN VELAZQUEZ,

   Plaintiff-Appellant,

v.

JAMES LOGAN, in his individual
capacity; et al.,

   Defendants-Appellees.

No. 16-15485

D.C. No. 2:14-cv-00941-SPL
District of Arizona,
Phoenix

ORDER

Before: THOMAS, Chief Judge, and W. FLETCHER and PAEZ, Circuit Judges.

  The Judgment entered on January 4, 2018, is amended to add the following sentence after AFFIRMED on page 5: "The parties shall bear their own costs on appeal." With this amendment, Appellant's Objection to Costs is moot.